UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
at Cincinnati

**Vaughn Industries, LLC,**

        Plaintiff,

                            Case Number: 1:21cv434

vs.                                Judge Douglas R. Cole

**PCL Construction Services, Inc et al,**

        Defendants.

### NOTICE TO COUNSEL

According to our records, Robert J. Lally, counsel for Plaintiff is not admitted to practice in the Southern District of Ohio. Please go to our website at [www.ohsd.uscourts.gov](www.ohsd.uscourts.gov) for a copy of our local rules regarding pro hac vice admittance. Since September 1, 2003, this Court has been participating in Electronic Case Filing. Please review the electronic case filing Policies and Procedures Manuals for Criminal and Civil cases found on our website.

Southern District of Ohio Local Rule 83.4(e) permits your participation, on a case by case basis, upon the filing of an application for admission pro hac vice with supporting documents **by the local counsel**. A Two Hundred Dollar ($200.00) admission fee must accompany your motion. Should the application be denied the fee will be refunded.

By: s/Benjamin J. Codispoti
Deputy Clerk