IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| VAUGHN INDUSTRIES, LLC, | ) | CASE NO. 1:21-cv-00434 |
| | ) | |
| Plaintiff, | ) | JUDGE DOUGLAS R. COLE |
| | ) | |
| v. | ) | |
| | ) | |
| PCL CONSTRUCTION SERVICES, INC., et al. | ) ) | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

Now come Plaintiff Vaughn Industries, LLC, and Defendants PCL Construction Services, Inc., Fidelity and Deposit Company of Maryland, Travelers Casualty and Surety Company of America, and Federal Insurance Company, and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), jointly notify the Court that the parties stipulate to dismissal of the above entitled action without prejudice.

Respectfully submitted,

*/s/ David T. Andrews*
DAVID T. ANDREWS (0062064)
**Andrews Law, LLC**
3161 Neille Lane
Twinsburg, OH 44087
Phone: (330) 690-4082
dandrews@davidandrewslaw.com


*/s/ Philip J. Truax*
Philip J. Truax (0079124), Trial Attorney
Robert J. Lally (0060133)
**Truax Law Group, Ltd.**
5505 Detroit Road, Suite E
Sheffield Village, OH 44054
Phone: (440) 534-6733

        Phil@Truaxlawgroup.com
        Rob@Truaxlawgroup.com

*Counsel for Plaintiff*


        /s/ *Robert A. Koenig*
        Robert A. Koenig    (0020789)
        Katelyn R. Dwyer    (0099186)
        **Shumaker**
        1000 Jackson Street
        Toledo, Ohio 43604-5573
        Phone: (419) 321-1305
        Electronic Mail: rkoenig@shumaker.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

A copy of the foregoing *Stipulation of Dismissal without Prejudice* has been filed electronically with the Court on this 31st day of March 2022. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system.

/s/ David T. Andrews
DAVID T. ANDREWS (0062064)
*Counsel for Plaintiff*